Case 21-10636-LMI    Doc 80    Filed 07/23/21    Page 1 of 2



**ORDERED in the Southern District of Florida on July 22, 2021.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:

TATYANA PAULINE ARBOLEDA,

    Debtor.
_____/

Chapter 13
Case No.: 21-10636-LMI

**AGREED ORDER GRANTING**
**SECURED CREDITOR'S MOTION TO ALLOW LATE CLAIM**

**THIS CASE** came before the Court upon U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE TIKI SERIES III TRUST's Motion to Allow Late Filed Claim (DE 77). Based on the agreement of the parites, and based in the record, it is

**ORDERED:**

1.    The Motion to Allow Late filed Claim is GRANTED.

    2.    U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE TIKI SERIES III TRUST's Proof of Claim Number 7 is allowed at timely filed.

Attorney Matthew Klein, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.