**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Tatyana Pauline Arboleda |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of FL (State) |
| Case number | 21-10636-LMI |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| | |
|---|---|
| **Name of creditor:** | U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE TIKI SERIES III TRUST |
| **Court claim no.** (if known): | 7-1 |
| **Last 4 digits** of any number you use to identify the debtor's account: | XXXXXX4610 |

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1 | Late charges | | (1) | $ |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $ |
| 3 | Attorney fees | | (3) | $ |
| 4 | Filing fees and court costs | | (4) | $ |
| 5 | Bankruptcy/Proof of claim fees | 7/21/21 | (5) | $ 825.00 |
| 6 | Appraisal/Broker's price opinion fees | | (6) | $ |
| 7 | Property inspection fees | | (7) | $ |
| 8 | Tax advances (non-escrow) | | (8) | $ |
| 9 | Insurance advances (non-escrow) | | (9) | $ |
| 10 | Property preservation expenses. Specify: | | (10) | $ |
| 11 | Other. Specify: Bankruptcy Plan Review | 7/9/21 | (11) | $ 375.00 |

| | | | | |
|---|---|---|---|---|
| 12 | Other. Specify: | | (12) | $ |
| 13 | Other. Specify: | | (13) | $ |
| 14 | Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X **/s/ Matthew Klein**
Signature

Date **11/29/2021**

Print: **Matthew** **Klein**
First Name    Middle Name    Last Name

Title **Attorney for Secured Creditor**

Company **Howard Law Group**

Address **4755** **Technology Way, Suite 104**
Number    Street

**Boca Raton**    **FL**    **33431**
City    State    ZIP Code

Contact phone **954-893-7874**

Email **matthew@HowardLaw.com**

---

I HEREBY CERTIFY that on November 29, 2021 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System, which will send a notice of electronic filing to all CM/ECF participants:

Marilyn L Maloy, Esq., 540 NW 165 Street Road, Suite, 210, Miami, FL 33169
Nancy K. Neidich, POB 279806, Miramar, FL 33027
Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130
And a true and correct copy was mailed via US Mail First Class to:
Tatyana Pauline Arboleda, 15067 SW 103 Terrace Apt 14112, Miami, FL 33196

HOWARD LAW GROUP
4755 Technology Way, Suite 104
Boca Raton, FL 33431
Phone: (954) 893-7874
Fax: (888) 235-0017
www.HowardLaw.com

Shonya R
Tiki III
7338

SN Servicing Corp
C/O SN Servicing Corp.
323 5th Street
Eureka, CA 95501

Invoice#  18982
Date:  08/01/2021

Regarding:       Preston Ridge Partners (SN) vs. Tatyana Pauline Arboleda
Loan#:
Property Address: 15065 SW 103rd Terrace, Unit 14112, Miami, FL 33196
Court Case No.    21-10636-LMI

Bankruptcy
Matter# 21-000263-2

### Services Rendered

| Date | Description | Billable Status | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 07/09/21 | Review of Plan to determine debtor intent and ramifications to client | Recoverable | 0.00 | $0.00 | $375.00 |
| | | Total Fees | | | $375.00 |

Total New Charges  $375.00

**Billable Summary:**

| Billable Status | Fees | Expenses |
|---|---|---|
| Non-Recoverable | $0.00 | $0.00 |
| Recoverable | $375.00 | $0.00 |

Payment is due within 30 days of the date of the invoice. Thank you for your business.
Please see our bank account information which contains both ACH and Wire Instructions for your convenience processing payment.

Account Name:          Harris Howard, PA DBA Howard Law Group
Bank Name:             BANK OF AMERICA
WIRE Routing # / ABA#: 26009593
ACH #:                 63100277
Account Number:        2290 2710 5484



**HOWARD LAW GROUP**
4755 Technology Way, Suite 104
Boca Raton, FL 33431
Phone: (954) 893-7874
Fax: (888) 235-0017
www.HowardLaw.com

*[Handwritten: Shonua R Tiki III 7338]*

SN Servicing Corp
C/O SN Servicing Corp.
323 5th Street
Eureka, CA 95501

Invoice# 18983
Date: 08/01/2021

Regarding: Preston Ridge Partners (SN) vs. Tatyana Pauline Arboleda
Loan#: [redacted]
Property Address: [redacted] 103rd Terrace, Unit 14112, Miami, FL 33196
Court Case No. 21-10636-LMI

Bankruptcy
Matter# 21-000263-3

## Services Rendered

| Date | Description | Billable Status | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 07/21/21 | Preparation of Proof of Claim | Recoverable | 0.00 | $0.00 | $575.00 |
| 07/21/21 | Preparation of Proof of Claim (Official Form 410A) | Recoverable | 0.00 | $0.00 | $250.00 |
| 07/21/21 | Prepare motion and order to allow late filed proof of claim as timely filed, and obtain entry of agreed order granting motion | Non-Recoverable | 1.30 | $250.00 | $325.00 |
| 07/23/21 | Receipt and review of Agreed Order Granting Motion to Allow Late Claim and prepare and file Certificate of Service of order. | Non-Recoverable | 0.20 | $250.00 | $50.00 |

**Total Fees**  $1,200.00

**Total New Charges**  $1,200.00

**Billable Summary:**

| Billable Status | Fees | Expenses |
|---|---|---|
| Non-Recoverable | $375.00 | $0.00 |
| Recoverable | $825.00 | $0.00 |

Payment is due within 30 days of the date of the invoice. Thank you for your business.
Please see our bank account information which contains both ACH and Wire instructions for your convenience processing payment.

Account Name: Harris Howard, PA DBA Howard Law Group
Bank Name: BANK OF AMERICA
WIRE Routing # / ABA#: 26009593
ACH #: 63100277
Account Number: 2290 2710 5484