| Fill in this information to identify the case: | |
|---|---|
| **Debtor 1** | Tatyana Pauline Arboleda |
| **Debtor 2** (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Florida (State) |
| Case number | 21-10636-LMI |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See bankruptcy rule 3002.1

**Name of creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE TIKI SERIES III TRUST

**Court claim no.** (if known): 7

**Last four digits** of any number you use to identify the debtor's account: 4610

**Date of payment change:** 11/1/2023
Must be at least 21 days after date of this notice

**New total payment:** $ 1,009.13
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes  Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 202.14      New escrow payment: $ 267.24

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

   ☒ No
   ☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why: _____

   Current Interest Rate: _____%           New interest rate: _____%
   Current principal and interest payment: $_____     New principal and interest payment: $_____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect)

   Reason for change: _____

   Current mortgage payment: $_____      New mortgage payment: $_____

| Debtor 1 | Tatyana Pauline Arboleda | Case Number *(if known)* | 21-10636-LMI |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*
☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Matthew B. Klein                                                    Date 09/28/2023
  Signature

| Print: | Matthew B. Klein    73529 | Title | Bankruptcy Attorney |
|---|---|---|---|
| | First name   Middle Name   Last name | | |
| Company | HOWARD LAW | | |
| Address | 4755 Technology Way, Suite 104, | | |
| | Number   Street | | |
| | Boca Raton, FL 33431 | | |
| | City   State   Zip Code | | |
| Contact phone | (954) 893-7874 | Email: | Matthew@howardlaw.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 28, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System, which will send a notice of electronic filing to all CM/ECF participants:

Marilyn L Maloy, Esq., MALOY LAW GROUP, LLC, 540 NW 165 Street Road, Suite 210, Miami, FL 33169
Nancy K. Neidich, www.ch13miami.com, POB 279806, Miramar, FL 33027
Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204 Miami, FL 33130

And a true and correct copy was mailed to:
Tatyana Pauline Arboleda, 15067 SW 103 Terrace Apt 14112, Miami, FL 33196

/s/ Matthew Klein
MATTHEW KLEIN
FLORIDA BAR#: 73529



**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2771 o 2750
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

YUSSEF ISMAEL
15067 SW 103RD TER APT 14112
MIAMI FL  33196

Analysis Date: September 14, 2023                                                                                              Final
Property Address: 15067 SOUTH WEST 103 TERRACE UNIT 14112  MIAMI, FL 33196                       Loan: ▉▉▉▉4610

**Annual Escrow Account Disclosure Statement**
**Account History**

This is a statement of actual activity in your escrow account from Nov 2022 to Oct 2023.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Nov 01, 2023: | | Escrow Balance Calculation | |
|---|---|---|---|---|---|
| Principal & Interest Pmt: | 741.89 | 741.89 ** | | Due Date: | Jul 01, 2023 |
| Escrow Payment: | 202.14 | 267.24 | | Escrow Balance: | 1,377.46 |
| Other Funds Payment: | 0.00 | 0.00 | | Anticipated Pmts to Escrow: | 808.56 |
| Assistance Payment (-): | 0.00 | 0.00 | | Anticipated Pmts from Escrow (-): | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 | | Anticipated Escrow Balance: | $2,186.02 |
| Total Payment: | $944.03 | $1,009.13 | | | |

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

| | Payments to Escrow | | Payments From Escrow | | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | | Description | Required | Actual |
| | | | | | | Starting Balance | 2,753.70 | (10,182.55) |
| Nov 2022 | 211.82 | | 2,541.87 | 2,953.45 | * | County Tax | 423.65 | (13,136.00) |
| Dec 2022 | 211.82 | | | | * | | 635.47 | (13,136.00) |
| Jan 2023 | 211.82 | | | | * | | 847.29 | (13,136.00) |
| Feb 2023 | 211.82 | | | | * | | 1,059.11 | (13,136.00) |
| Mar 2023 | 211.82 | | | | * | | 1,270.93 | (13,136.00) |
| Apr 2023 | 211.82 | | | | * | | 1,482.75 | (13,136.00) |
| May 2023 | 211.82 | | | | * | | 1,694.57 | (13,136.00) |
| Jun 2023 | 211.82 | | | | * | | 1,906.39 | (13,136.00) |
| Jul 2023 | 211.82 | | | | * | | 2,118.21 | (13,136.00) |
| Aug 2023 | 211.82 | 3,433.02 | | | * | | 2,330.03 | (9,702.98) |
| Sep 2023 | 211.82 | | | | * | | 2,541.85 | (9,702.98) |
| Sep 2023 | | 11,080.44 | | | * | Escrow Only Payment | 2,541.85 | 1,377.46 |
| Oct 2023 | 211.82 | | | | * | | 2,753.67 | 1,377.46 |
| | | | | | | Anticipated Transactions | 2,753.67 | 1,377.46 |
| Sep 2023 | | 606.42 | | | | | | 1,983.88 |
| Oct 2023 | | 202.14 | | | | | | 2,186.02 |
| | $2,541.84 | $15,322.02 | $2,541.87 | $2,953.45 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Page 1

Last year, we anticipated that payments from your account would be made during this period equaling 2,541.87.  Under Federal law, your lowest monthly balance should not have exceeded 423.65 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Analysis Date: September 14, 2023                                                                                                                                        Final
Borrower: YUSSEF ISMAEL                                                                                                                                                  Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 2,186.02 | 3,199.57 |
| Nov 2023 | 246.12 | 2,953.45 | County Tax | (521.31) | 492.24 |
| Dec 2023 | 246.12 | | | (275.19) | 738.36 |
| Jan 2024 | 246.12 | | | (29.07) | 984.48 |
| Feb 2024 | 246.12 | | | 217.05 | 1,230.60 |
| Mar 2024 | 246.12 | | | 463.17 | 1,476.72 |
| Apr 2024 | 246.12 | | | 709.29 | 1,722.84 |
| May 2024 | 246.12 | | | 955.41 | 1,968.96 |
| Jun 2024 | 246.12 | | | 1,201.53 | 2,215.08 |
| Jul 2024 | 246.12 | | | 1,447.65 | 2,461.20 |
| Aug 2024 | 246.12 | | | 1,693.77 | 2,707.32 |
| Sep 2024 | 246.12 | | | 1,939.89 | 2,953.44 |
| Oct 2024 | 246.12 | | | 2,186.01 | 3,199.56 |
| | $2,953.44 | $2,953.45 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 492.24. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 492.24 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 2,186.02. Your starting balance (escrow balance required) according to this analysis should be $3,199.57. This means you have a shortage of 1,013.55. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 48 months.

We anticipate the total of your coming year bills to be 2,953.45. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 246.12 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 21.12 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $267.24 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $988.01 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed. If you would like to pay the shortage now, please pay the entire amount of the shortage before the effective date of your new payment. To ensure that the funds are posted to your account correctly, please notify your asset manager that you are paying the shortage.

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the original appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**